UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

675291
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE")

In Re:

ANGEL L. MERCANO, JR
JENNIFER R. MERCANO

**Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 14-32480 - ABA

Hearing Date: June 20, 2017

Judge: Andrew B. Altenburg, Jr

Recommended Local Form:   ☐ Followed   ☒ Modified

**REVISED ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | VICTOR DRUZIAKO, Esquire |
| Property Involved ("Collateral"): | 1134 MAPLE AVENUE, VINELAND, NJ 08360-3360 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 9 months, from 10/01/2016 to 06/01/2017

    ☒ The Debtor is overdue for 9 payments at $1,281.75 per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☒ Applicant acknowledges suspense balance in the amount of $359.25.

    Total Arrearages Due $11,176.50.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☒ Beginning on 07/01/2017, regular monthly mortgage payments shall continue to be made.

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

    ☒ The amount of $11,176.50 shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is to be modified accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Regular Monthly payment:

SETERUS, INC

14523 S.W. MILLIKAN WAY
SUITE 200
BEAVERTON, OR 97005

☐ Monthly cure payment:

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This revised agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $<u>350.00</u>, and costs of $<u>181.00</u>.

    The fees and costs are payable:

☒ Through the Chapter 13 plan.  These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6.     This Revised Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:
Angel L. Mercano, Jr.
Jennifer R. Mercano
       Debtors

Case No. 14-32480-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 13, 2017
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db/jdb       +Angel L. Mercano, Jr.,   Jennifer R. Mercano,   1134 Maple Ave.,   Vineland, NJ 08360-3360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
     Andrew L. Spivack   on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC. nj.bkecf@fedphe.com
     Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Francesca Ann Arcure   on behalf of Creditor    Toyota Motor Credit Corporation as servicer for Toyota Lease Trust nj_ecf_notices@buckleymadole.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     James Patrick Shay   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), james.shay@phelanhallinan.com
     Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Michael Frederick Dingerdissen   on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
     Michael Frederick Dingerdissen   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), nj.bkecf@fedphe.com
     Raymond H. Shockley, Jr.   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Victor  Druziako   on behalf of Debtor Angel L. Mercano, Jr. bkdruziako@aol.com
     Victor  Druziako   on behalf of Joint Debtor Jennifer R. Mercano bkdruziako@aol.com
                                                                TOTAL: 11