Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−32480−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angel L. Mercano Jr.                    Jennifer R. Mercano
  1134 Maple Ave.                         1134 Maple Ave.
  Vineland, NJ 08360                      Vineland, NJ 08360

Social Security No.:
  xxx−xx−6341                             xxx−xx−5777

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on May 28, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 28, 2019
JAN: bc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-32480-ABA
Angel L. Mercano, Jr.                                                 Chapter 13
Jennifer R. Mercano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4              Date Rcvd: May 28, 2019
                              Form ID: 148             Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Angel L. Mercano, Jr.,    Jennifer R. Mercano,    1134 Maple Ave.,    Vineland, NJ 08360-3360
cr             +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Nationstar Mortgage LLC,    RAS Citron,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
cr             +SETERUS INC, AS AUTHORIZED SUBSERVICER FOR FEDERAL,    Phelan Hallinan&Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +SETERUS, INC.,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FE,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Toyota Motor Credit Corporation as servicer for To,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515151476      +1 & 1 Internet, Inc.,    701 Lee Road, Suite 300,    Chesterbrook, Pennsylvania 19087-5612
515151477       ACS,   POB 371821,    Pittsburgh, Pennsylvania 15250-7821
515151478       ACS Collections,    POB 7052,   Utica, New York 13504-7052
515151479      +ACS Education Services (501 Bleecker Str,    501 Bleecker Street,    Utica, New York 13501-2401
515151480       Allied Interstate LLC,    POB 361474,   Columbus, Ohio 43236-1474
515151488       CBE Group,   POB 2635,    Waterloo, Iowa 50704-2635
515239746      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515151489       Citi Bank,   POB 6403,    Sioux Falls, South Dakota 57117-6403
515151490      +Citi Bank/Best Buy,    POB 790441,   St. Louis, Missouri 63179-0441
515151491      +Citi Bank/Bill Me Later,    2180 S 1300 E #250,    Salt Lake City, Utah 84106-3388
515269747       CitiMortgage Inc,    PO Box 6030,   Sioux Falls, SD 57117-6030
515269361       CitiMortgage, Inc,    P.O. Box 688971,   Des Moines, IA 50368-8971
515151495      +Citibank/Tractor Supply,    POB 6062,   Sioux Falls, South Dakota 57117-6062
515151500       Dell Financial Services,    ATTN: Cit Online Bank,    POB 722929,    Houston, TX 77272-2929
515151501       Delta Outsource Group, Inc.,    POB 1210,   O’Fallon, Missouri 63366-9010
515151502       Discover,   POB 70184,    Charlotte, North Carolina 28272-1084
515736016       Federal National Mortgage Association,    (Fannie Mae), Creditor c/o Seterus Inc,    PO Box 1047,
                 Hartford, CT 06143-1047
515151514       Hayt, Hayt & Landau, LLC,    POB 500,   Eatontown, New Jersey 07724-0500
515151521       Raymour & Flanigan/ Wells Fargo Financia,    POB 5943,   Sioux Falls, South Dakota 57117-5943
515151522       Safe Home Security, INC,    Wset Elm St. Bldg E,    Rocky Hill, Connecticut 060671849
515574915      +Seterus, Inc. as the authorized et.al.,    SETERUS, INC.,    14523 S.W. MILLIKAN WAY,    SUITE 200,
                 BEAVERTON, OR 97005-2352
515179844      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515151534      +United Collection Buerau, Inc.,    5620 Southwyck Blvd,    Suite 206,   Toledo, Ohio 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2019 00:31:45      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2019 00:31:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515159527       EDI: AIS.COM May 29 2019 04:08:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
515151481       EDI: BANKAMER.COM May 29 2019 04:08:00      Bank of America,    POB 5170,
                 Simi Valley, California 93062-5170
515151482       EDI: TSYS2.COM May 29 2019 04:08:00      Barclays Bank/Juniper Card,    POB 8802,
                 Wilmington, Delaware 19899-8802
515151487      +E-mail/Text: bankruptcynotices@cbecompanies.com May 29 2019 00:32:04       CBE Group,
                 1309 Technology Parkway,    Cedar Falls, Iowa 50613-6976
515151483      +E-mail/Text: cms-bk@cms-collect.com May 29 2019 00:31:20      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
515151484       EDI: CAPITALONE.COM May 29 2019 04:08:00      Capital One Bank,    POB 30285,
                 Salt Lake City, Utah 84130-0285
515151486       EDI: CAPITALONE.COM May 29 2019 04:08:00      Capital One Bank,    POB 71083,
                 Charlotte, North Carolina 28272-1083
515151485       EDI: CAPITALONE.COM May 29 2019 04:08:00      Capital One Bank,    POB 70884,
                 Charlotte, North Carolina 28272-0884
515218126       EDI: CAPITALONE.COM May 29 2019 04:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515151492      +EDI: CITICORP.COM May 29 2019 04:08:00      Citi/Children’s Place,    POB 6241,
                 Sioux Falls, South Dakota 57117-6241
515151493      +EDI: CITICORP.COM May 29 2019 04:08:00      Citi/Home Depot,    POB 6497,
                 Sioux Falls, South Dakota 57117-6497
515151496       EDI: CIAC.COM May 29 2019 04:08:00      CitiMortgage, Inc.,    POB 183040,
                 Columbus, Ohio 43218-3040
515151494      +EDI: SEARS.COM May 29 2019 04:08:00      Citibank/Sears,    POB 6282,
                 Sioux Falls, South Dakota 57117-6282

```
District/off: 0312-1          User: admin               Page 2 of 4                   Date Rcvd: May 28, 2019
                              Form ID: 148              Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515151497         EDI: WFNNB.COM May 29 2019 04:08:00       Comenity - Express,    ATTN: Bankruptcy Department,
                  POB 182125,    Columbus, Ohio 43218-2125
515151498        +EDI: WFNNB.COM May 29 2019 04:08:00       Comenity Bank,    POB 182789,
                  Columbus, Ohio 43218-2789
515151499        +EDI: WFNNB.COM May 29 2019 04:08:00       Comenity Bank/Bill Me Later,    POB 5138,
                  Timonium, Maryland 21094-5138
515182046        +EDI: TSYS2.COM May 29 2019 04:08:00       Department Stores National Bank/Macys,
                  Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515170727         EDI: DISCOVER.COM May 29 2019 04:08:00       Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
515151503         E-mail/Text: bknotice@ercbpo.com May 29 2019 00:31:49       Enhanced Recovery,    POB 23870,
                  Jacksonville, Florida 32241-3870
515151506         EDI: FSAE.COM May 29 2019 04:08:00       First Source Advantage, LLC,    POB 628,
                  Buffalo, New York 14240-0628
515151507        +E-mail/Text: fggbanko@fgny.com May 29 2019 00:30:57       Foster, Garbus & Garbus,
                  7 Banta Place,    Hackensack, New Jersey 07601-5604
515151508         EDI: RMSC.COM May 29 2019 04:08:00       GE Capital Retail Bank/ TJX,
                  ATTN:  Bankruptcy Department,    POB 965061,    Orlando, Florida 32896-5061
515151509         EDI: RMSC.COM May 29 2019 04:08:00       GE Capital Retail Bank/Amazon,
                  ATTN:  Bankruptcy Department,    POB 965061,    Orlando, Florida 32896-5061
515151510        +EDI: RMSC.COM May 29 2019 04:08:00       GE Capital/American Eagle,    POB 965005,
                  Orlando, Florida 32896-5005
515151511        +EDI: RMSC.COM May 29 2019 04:08:00       GE Retail Bank/Lowe's,    Attn: Bankruptcy Dept.,
                  POB 103104,    Roswell, Georgia 30076-9104
515151512        +EDI: RMSC.COM May 29 2019 04:08:00       GECRB/Dick's Sporting Goods,    Bankruptcy Department,
                  POB 103104,    Roswell, Georgia 30076-9104
515151513        +EDI: RMSC.COM May 29 2019 04:08:00       GECRB/GAP,    Attn:  Bankruptcy Dept.,    POB 103104,
                  Roswell, Georgia 30076-9104
515178306         E-mail/Text: bkyelectnotices@tgslc.org May 29 2019 00:32:05
                  JPMORGAN CHASE BANK N. A. on behalf of Texas,    Guaranteed Student Loan Corporation,
                  c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
515151515         E-mail/Text: bankruptcy@afflo.com May 29 2019 00:31:46       Leading Edge Recovery Solutions,
                  POB 129,    Linden, Michigan 48451-0129
515151516        +EDI: TSYS2.COM May 29 2019 04:08:00       Macy's,    POB 8218,    Mason, Ohio 45040-8218
515151517        +EDI: MID8.COM May 29 2019 04:08:00       Midland Credit Management, Inc.,
                  8875 Aero Drive, Suite 200,    San Diago, California 92123-2255
515151519         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Assoc., LLC,    POB 12914,
                  Norfolk, Virginia 23541
515361459         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Amazon,
                  POB 41067,    Norfolk VA 23541
515361448         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
515363244         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Care Credit,
                  POB 41067,    Norfolk VA 23541
515361560         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Childrens Place,
                  POB 41067,    Norfolk VA 23541
515338084         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,
                  c/o Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
515361450         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,
                  c/o Dicks Sporting Goods,    POB 41067,    Norfolk VA 23541
515361462         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Gap,
                  POB 41067,    Norfolk VA 23541
515361404         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Hips,
                  POB 41067,    Norfolk VA 23541
515338087         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o JC Penney,
                  POB 41067,    Norfolk VA 23541
515362259         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Lowes,
                  POB 41067,    Norfolk VA 23541
515362735         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Old Navy,
                  POB 41067,    Norfolk VA 23541
515361602         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                  POB 41067,    Norfolk VA 23541
515361553         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,    c/o Tractor Supply,
                  POB 41067,    Norfolk VA 23541
515363286         EDI: PRA.COM May 29 2019 04:08:00       Portfolio Recovery Associates, LLC,
                  c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515169527         EDI: Q3G.COM May 29 2019 04:08:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
515151523         EDI: NEXTEL.COM May 29 2019 04:08:00       Sprint,    POB 4191,    Carol Stream, Illinois 60197
515222450         EDI: NEXTEL.COM May 29 2019 04:08:00       Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                  Overland Park KS 66207-0949
515151524        +EDI: RMSC.COM May 29 2019 04:08:00       SYNCB/Amazon,    POB 960013,
                  Orlando, Florida 32896-0013
515151525        +EDI: RMSC.COM May 29 2019 04:08:00       SYNCB/Care Credit,    POB 965036,
                  Orlando, Florida 32896-5036
515151526         EDI: RMSC.COM May 29 2019 04:08:00       SYNCB/JC Penney,    POB 965007,    Orlando, FL 32896-5007
515151527         EDI: RMSC.COM May 29 2019 04:08:00       SYNCB/Old Navy,    POB 965005,
                  Orlando, Florida 32896-5005
```

```
District/off: 0312-1                  User: admin                    Page 3 of 4                  Date Rcvd: May 28, 2019
                                      Form ID: 148                   Total Noticed: 94
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515151528        +EDI: RMSC.COM May 29 2019 04:08:00      SYNCB/Walmart DC,    POB 965024,
                  Orlando, Florida 32896-5024
515151529        +EDI: RMSC.COM May 29 2019 04:08:00      Synchrony Bank/JC Penney's,    POB 965007,
                  Orlando, Florida 32896-5007
515151530        +EDI: RMSC.COM May 29 2019 04:08:00      Synchrony Bank/Lowes,    POB 965005,
                  Orlando, Florida 32896-5005
515151531        +EDI: WTRRNBANK.COM May 29 2019 04:08:00      TD Bank USA/Target Credit,    POB 673,
                  Minneapolis, Minnesota 55440-0673
515151532         EDI: TFSR.COM May 29 2019 04:08:00      Toyota Financial Services,    POB 4102,
                  Carol Stream, Illinois 60197-4102
515167492         EDI: TFSR.COM May 29 2019 04:08:00      Toyota Lease Trust,    PO Box 8026,
                  Cedar Rapids, Iowa   52408-8026
515151535         EDI: URSI.COM May 29 2019 04:08:00      United Recovery Systems,    POB 722929,
                  Houston, Texas 77272-2929
515257248         EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                  Des Moines, IA 50306-0438
515300078         EDI: ECAST.COM May 29 2019 04:08:00      eCAST Settlement Corporation, assignee,
                  of Citibank, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                                TOTAL: 64

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515151504*       Enhanced Recovery Company,    POB 23870,   Jacksonville, Florida 32241-3870
515151505*      +Enhanced Recovery Company, LLC,    POB 23870,   Jacksonville, Florida 32241-3870
515151520*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12903,
                  Norfolk, Virginia 23541)
515151533*       Toyota Financial Services,    POB 4102,   Carol Stream, Illinois 60197-4102
515151518       ##Monarch Recovery Management, Inc.,    10965 Decatur Road,
                  Philadelphia, Pennsylvania 19154-3210
                                                                                     TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
               FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),
               jpshay@mdwcg.com, jpshay@gmail.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
```

```
District/off: 0312-1           User: admin              Page 4 of 4             Date Rcvd: May 28, 2019
                               Form ID: 148             Total Noticed: 94
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SETERUS INC, AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) ET.AL. nj.bkecf@fedphe.com
          Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Sherri Jennifer Smith    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com
          Victor  Druziako    on behalf of Joint Debtor Jennifer R. Mercano bkdruziako@aol.com
          Victor  Druziako    on behalf of Debtor Angel L. Mercano, Jr. bkdruziako@aol.com
                                                                                                        TOTAL: 15