Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−32480−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel L. Mercano Jr.                                Jennifer R. Mercano
1134 Maple Ave.                                     1134 Maple Ave.
Vineland, NJ 08360                                  Vineland, NJ 08360

Social Security No.:
   xxx−xx−6341                                      xxx−xx−5777

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 9, 2019</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court